THE FROST FIRM
110 West A Street, Suite 1100
San Diego, CA 92101
TELEPHONE (619) 822-1740 · FACSIMILE (619) 822-1744

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# NOTHERN DISTRICT OF CALIFORNIA

10
11

LANCER GROUP, LLC, a California
Limited Liability Company,

12

Case No.: 19-cv-00259-YGR

13

Plaintiff,

14

vs.

15

16

LANCER USA, LP, a Delaware limited
partnership; LANCER USA GP, LLC, a

17

California limited liability company;
THE LANCER GROUP NA, LLC, a

18

California limited liability company; LTS
ADVISORS, LLC, a Delaware limited

19

liability company; SIMON FRANCIS;
JOANNA CHANG; and DOES 1-10

20

inclusive,

21

Defendants.

22
23
24
25
26
27
28

**[~~PROPOSED~~ ORDER]
GRANTING MOTION TO STAY
ACTION PENDING
ARBITRATION**

**\*** as modified by the Court **\***

Hearing Date: July 9, 2019
Hearing Time: 2:00 p.m.

Judge: Hon. Yvonne Gonzalez Rogers
Courtroom 1, 4th Floor

# [PROPOSED] ORDER

THEREFORE, IT IS ORDERED,

That Plaintiff's Motion for Stay Pending Resolution of Arbitration is hereby GRANTED in that the Court hereby STAYS this action until the claims subject to arbitration have been adjudicated. Accordingly, the hearing set for July 9, 2019 is VACATED.

It is further ORDERED that parties formally advise the Court of any status change in this case relating to mediation or arbitration which may cause the Court to lift the stay now entered.

The Court further SETS this matter for a compliance hearing on **Friday, December 13, 2019**, on the Court's **9:01 a.m.** calendar, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file a joint statement apprising the Court of the status of the arbitration. If compliance is complete, the parties need not appear, and the compliance hearing will be taken off calendar.

This Order terminates Docket Number 27.

**IT IS SO ORDERED**.

DATED: June 28, 2019

_____
The Honorable Yvonne Gonzalez Rogers
United District Court Judge